RAUM v. BOARD OF COUNCIL OF CITY OF DANVILLE (two cases). (Court of Appeals of Kentucky. Dec. 11, 1913.) Appeals from Circuit Court, Boyle County. Nash Raum was convicted in two cases of violating the local option law in the city of Danville, and he appeals. Affirmed. Robert Harding and Jno. W. Rawlings, both of Danville, for appellant. Chenault Huguely, of Danville, for appellee.

NUNN, J. Appellant was convicted for violation of the local option law in two cases. In one he was find $80, and in the other $60, with 20 days' imprisonment. The facts and legal propositions involved are the same as those reported in the case decided November 11, 1913. 155 Ky. 690, 160 S. W. 255. For the reasons stated in that opinion, the judgment in both of these cases is affirmed.

---

COLLINS v. STATE. (Court of Criminal Appeals of Texas. Dec. 17, 1913.) Appeal from Dallas County Court at Law; W. F. Whitehurst, Judge. Sarah Collins was convicted of keeping a disorderly house, and she appeals. Affirmed. C. E. Lane, Asst. Atty. Gen., for the State.

·PRENDERGAST, P. J. The appellant was convicted for keeping a disorderly house under article 496, P. C., and her punishment fixed at a fine of $200 and 20 days in jail. There is no statement of facts or bills of exceptions, in the absence of which no question is raised that this court can consider. The judgment is therefore affirmed.

---

DAVILLO v. STATE. (Court of Criminal Appeals of Texas. Dec. 10, 1913.) Appeal from Dallas County Court at Law; W. F. Whitehurst, Judge. Pancho Davillo was convicted of unlawfully carrying a pistol, and he appeals. Affirmed. C. E. Lane, Asst. Atty. Gen., for the State.

HARPER, J. Appellant was convicted of unlawfully carrying a pistol, and his punishment assessed at a fine of $100 and imprisonment in jail for 6 months. The record contains neither a statement of facts nor any bill of exception. Under such circumstances, there is no ground stated in the motion for a new trial we can review. Affirmed.

---

HARDY v. STATE. (Court of Criminal Appeals of Texas. Dec. 17, 1913.) Appeal from District Court, San Augustine County; A. E. Davis, Judge. Dorsey Hardy was convicted of aggravated assault, and he appeals. Affirmed. C. E. Lane, Asst. Atty. Gen., for the State.

PRENDERGAST, P. J. Upon an indictment for assault with intent to kill, appellant was convicted of aggravated assault, and his punishment fixed at a fine of $200 and 60 days' confinement in jail. There is neither a statement of facts nor a bill of exception in the record. There is nothing raised by the motion for new trial that can be reviewed, in the absence of these. The judgment is affirmed.

---

HART v. STATE. (Court of Criminal Appeals of Texas. Dec. 23, 1913.) Appeal from Wichita County Court; C. B. Felder, Judge. Lizzie Hart was convicted of keeping a disorderly house, and she appeals. Affirmed. C. E. Lane, Asst. Atty. Gen., for the State.

PRENDERGAST, P. J. From a conviction, with the penalty prescribed by law inflicted, for keeping a disorderly house, appellant prosecutes an appeal. There is no statement of facts nor bills of exceptions in the record. Nothing is raised which can be considered in the absence of this. The judgment is affirmed.

DAVIDSON, J., absent.